


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAURUS GREGORY** — **CIVIL ACTION**

**versus** — **NO. 05-1857**

**LT. RONNIE SEAL, ET AL.** — **SECTION C**

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby partially approves the Report and Recommendation of the United States Magistrate Jude and adopts it as its opinion in this matter.

Therefore, IT IS ORDERED that Plaintiff's complaint is hereby DISMISSED in part as malicious and as legally frivolous and/or for failure to state a claim in part under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), without prejudice as to his handcuffing, excessive force,

___ Fee___________
___ Process___________
X Dktd___________
✓ CtRmDep___________
___ Doc. No.___________

and inadequate medical attention claims, and with prejudice with regard to the claim of false disciplinary charges.

New Orleans, Louisiana, this 21st day of February, 2006.

Judge Helen G. Berrigan
United States District Judge